UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:17-CR-43-SS-REW-08    At London    Date July 18, 2018

USA vs Jamie Peters    __X__ present  __X__ custody  ____ bond  ____ OR  Age ____

DOCKET ENTRY: The Court adopts the Presentence Report, prepared by the United States Probation Office, as its findings, including guideline calculations. The PSR shall be filed under seal.

The Court **GRANTS** the United States's oral motion for Third Level Reduction. The Court **GRANTS** the United States's oral motion to dismiss the original Indictment (DE 11) and First Superseding Indictment (DE 87). The bench conference held during this hearing shall be sealed, and if transcribed, that portion of the transcript shall be filed in the record under seal.

PRESENT: HON. ROBERT E. WIER, UNITED STATES DISTRICT JUDGE

| Michelle Sliter | Diane Farrell | Jason Parman for Andrew Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft  Jason E. Williams    __X__ present  ____ retained  __X__ appointed

PROCEEDINGS: SENTENCING (Non-Evidentiary)

____  Objections to Presentence Report.

__X__  No objections to Presentence Report.

____  The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

__X__  Court's Advice of Right to Appeal read and provided to defendant.

__X__  Transcript shall be deemed as written findings of Court.

__X__  Judgment shall be entered (See Judgment & Commitment.)

____  Defendant to remain on bond and on conditions of release.

__X__  Defendant remanded to the custody of the United States Marshal.

Copies: COR, USP, USM

Initials of Deputy Clerk    mrs
TIC: 1/05



**Signed By:**
*Robert E. Wier*
**United States District Judge**